## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BURGE v. DAVOL, INC. and C.R. BARD, INC.

Case Number:  07 C 6885

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ERNEST BURGE and SHARON BURGE

| | |
|---|---|
| NAME (Type or print)<br>RICHARD J. MURPHY, ESQ. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>COSTELLO, MCMAHON & BURKE, LTD. | |
| STREET ADDRESS<br>150 NORTH WACKER DRIVE, SUITE 3050 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272765 | TELEPHONE NUMBER<br>312.541.9700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐