IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNEST BURGE and<br>SHARON BURGE<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL, INC. and C.R. BARD INC.<br><br>Defendants | )<br>)<br>)  07 CV 6885<br>)<br>)  Judge Grady<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

## ASSENTED TO MOTION OF DEFENDANTS, DAVOL, INC. and C.R. BARD, INC.'S FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, DAVOL, INC. and C.R. BARD INC., by and through their counsel, Segal McCambridge Singer & Mahoney, Ltd., moves this court for an extension of time of thirty (30) days, until March 14, 2008, to file a responsive pleading to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1. This matter is currently set to be transferred to a Multidistrict Litigation pending in the United States District Court for the District of Rhode Island. *See* Exhibit A.

2. Accordingly, Defendants expect that its obligations to respond to Plaintiff's Complaint will be governed by the Rules of Civil Procedure of the Judicial Panel for Multidistrict Litigation in the Rhode Island action and no responsive pleading will be due to this court.

3. Therefore, Defendants' request a short period of time to allow transfer of this matter to take effect. Defendant's responsive pleading is currently due on February 14, 2008.

4. This motion in good faith and not for the purposes of delay.

5. This is Defendants first request for an extension of time to respond to Plaintiff's Complaint.

6. Plaintiff's counsel has been contacted and assents to this request for a short extension of time.

WHEREFORE, Defendants, DAVOL, INC. and C.R. BARD INC, respectfully request that this Court grant this motion and enter an order allowing Defendant an additional thirty (30) days, until March 14, 2008, to file a responsive pleading to Plaintiff's Complaint.

> Segal McCambridge Singer & Mahoney
>
> By: /s Misty R. Martin
>     Misty R. Martin, Esq.
>     *The Defendants, Davol, Inc. and*
>     *C.R. Bard Inc.*
>
> P. Mark Crane
> Misty R. Martin
> Segal McCambridge Singer & Mahoney
> 233 S. Wacker Drive, Suite 5500
> Chicago, IL 60606
> Telephone: 312/645-7800
> E-Mail:  mcrane@smsm.com
>           mmartin@smsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, a copy of ASSENTED TO MOTION OF DEFENDANTS, DAVOL, INC. AND C.R. BARD INC. FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT foregoing was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> s/ Misty R. Martin

927498-1