I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST BURGE and | ) | |
| SHARON BURGE | ) | |
| | ) | 07 CV 6885 |
| Plaintiffs, | ) | |
| | ) | Judge Grady |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| DAVOL, INC. and C.R. BARD INC. | ) | |
| | ) | |
| Defendants | ) | |

**TO:** Richard J. Murphy Costello, McMahon & Burke, Ltd. 150 N. Wacker Drive, Suite 3050, Chicago IL 60606

### NOTICE OF ASSENTED TO MOTION

PLEASE BE ADVISED that on the 13th day of February, 2008 at 11:00 a.m., we will present before the Honorable Judge Grady in Room 2201 of U.S. District Court for the Northern District of Illinois, Chicago, Illinois, Defendants, DAVOL, INC. and C.R. BARD INC.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, a copy of which is attached hereto.

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.

BY: /s Misty R. Martin
One of the Attorneys for
Attorneys for Defendants, Davol, Inc. and
C.R. Bard Inc.

P. Mark Crane, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, Illinois 60606
Tel:   (312) 645-7800
Fax:   (312) 645-7711

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of Defendants, DAVOL, INC. and C.R. BARD INC.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, was/were served on the party(ies) as above-addressed, by e-filing a copy(ies) of the same on this 7th day of February, 2008 to counsel of record.

/s Misty R. Martin