IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST BURGE and SHARON BURGE | ) ) ) | 07 CV 6885 |
| Plaintiffs, | ) ) | Judge Grady |
| v. | ) ) | Magistrate Judge Keys |
| DAVOL, INC. and C.R. BARD INC. | ) ) | |
| Defendants | ) | |

## UNOPPOSED MOTION OF DEFENDANTS, DAVOL, INC. and C.R. BARD, INC.'S FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, DAVOL, INC. and C.R. BARD INC., by and through their counsel, Segal McCambridge Singer & Mahoney, Ltd., moves this court for an extension of time of forty-five (45) days, until May 7, 2008, to file a responsive pleading to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1. This matter has been transferred to a Multidistrict Litigation pending in the United States District Court for the District of Rhode Island.

2. Accordingly, Defendants expect that its obligations to respond to Plaintiff's Complaint will be governed by the Rules of Civil Procedure of the Judicial Panel for Multidistrict Litigation in the Rhode Island action and no responsive pleading will be due to this court.

3. Therefore, Defendants' request a short period of time to allow transfer of this matter to take effect. Defendant's responsive pleading is currently due on March 14, 2008.

4. This motion in good faith and not for the purposes of delay.

5. This is Defendants second request for an extension of time to respond to Plaintiff's Complaint. Defendants make this second request because it appears that the transfer of this matter has not yet taken effect.

6. Plaintiff's counsel has been contacted and assents to this request.

WHEREFORE, Defendants, DAVOL, INC. and C.R. BARD INC, respectfully request that this Court grant this motion and enter an order allowing Defendant an additional forty-five (45) days, until May 7, 2008, to file a responsive pleading to Plaintiff's Complaint.

                Segal McCambridge Singer & Mahoney

By: /s Misty R. Martin
    Misty R. Martin, Esq.
    *The Defendants, Davol, Inc. and*
    *C.R. Bard Inc.*

    P. Mark Crane
    Misty R. Martin
    Segal McCambridge Singer & Mahoney
    233 S. Wacker Drive, Suite 5500
    Chicago, IL 60606
    Telephone: 312/645-7800
    E-Mail:   mcrane@smsm.com
                 mmartin@smsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2008, a copy of UNOPPOSED MOTION OF DEFENDANTS, DAVOL, INC. AND C.R. BARD INC. FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT foregoing was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/ Misty R. Martin

927498-1