

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

March 27, 2008

Clerk of the Court
Federal Bldg and United States Courthouse
One Exchange Terrace
Providence, RI 02903

     RE:    Burge et al v. Davol Inc. et al
               Case No:07cv6885

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on January 22, 2008, the above record was electronically transmitted to the District of Rhode Island.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                          Sincerely yours,

                          Michael W. Dobbins, Clerk

                          By:    / s/ Vettina C. Franklin
                                     Deputy Clerk

Enclosure

New Case No. _____      Date _____